IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESSICA CANTRELL, | ) Cause No. CV-17-135-GF-BMM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, | ) |
| Defendant. | ) |

Pursuant to Defendant's Unopposed Motion for Judicial Notice of Climate Data, there being no objection from Plaintiff and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Judicial Notice of Climate Data (ECF 28) is *granted.* The 15 pages of climate data attached to Defendant's Brief in support of Motion for Judicial Notice of Climate Data (ECF 29-1, dated January 7, 2019) is admitted.

DATED this 8th day of January, 2019.

John Johnston
United States Magistrate Judge