UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESSICA CANTRELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br><br>　　　　　　Defendant. | Case No. CV-17-135-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X**　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED:

　　In accordance with the Special Verdict Form rendered on May 15, 2019, Document Number 92, Judgment is entered as follows:  What percentage of the negligence do you assign to each party:   Amtrak - 25%  Jessica Cantrell - 75%: Total - 100%.

　　Dated this 16th day of May, 2019.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ S. Redding
　　　　　　　　　　　　　　　　　S. Redding, Deputy Clerk